Submitted on record and briefs June 1, reversed June 24, 1992

In the Matter of Merilyn Leverich,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

MERILYN LEVERICH,
*Appellant.*

(M91-8-13; CA A71551)

832 P2d 50

Richard L. Wolf, Oregon City, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Harrison Latto, Assistant Attorney General, Salem, filed the brief for respondent.

Before Joseph, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from an order of involuntary committment. ORS 426.215. It is undisputed that she suffers from a mental disorder. However, she contends, and the state agrees, that the evidence is not sufficient to establish that she is either dangerous to herself or others or is unable to provide for her own basic personal needs. We also agree. Therefore, the court erred in finding that defendant is a mentally ill person and ordering her commitment.

Reversed.